ELLISON and Another *v.* JOHNSON, for the Use of HOBBS.

A person for whose use a suit is brought being liable, by statute, for costs if the suit fail, is not a competent witness for the plaintiff.

Nor can he be rendered competent in such case by his release of his interest in the cause of action to the plaintiff.

ERROR to the *La Grange* Circuit Court.

SULLIVAN, J.—Debt on a promissory note by *Johnson*, for the use of *J. T. Hobbs*, against the plaintiffs in error. The suit was commenced before a justice of the peace. The cause was tried upon the general issue, and a special plea the character of which is not disclosed by the record. The Circuit Court gave judgment for the plaintiff.

On the trial, the plaintiff offered as a witness *J. T. Hobbs*, the person for whose use the suit was brought, to prove that certain payments that had been sworn to by a former witness had not been made. The defendants objected. *Hobbs* stated on his *voire dire* that he had no interest in the suit, and that it was prosecuted for the benefit of one *Chapman*. He also wrote and tendered to *Johnson* a release of all claim to the note on which the suit was founded, and to the proceeds thereof. The defendants still objected to the competency of *Hobbs* as a witness, but the Court overruled the objection and he was sworn accordingly.

May Term, 1844.

ELLISON
v.
JOHNSON.

Thursday, July 18.

May Term,
1844.

The Court erred in admitting *Hobbs* as a witness. By the express terms of the statute, he was liable to a judgment for costs if the plaintiff failed in the suit. R. S. 1838, p. 458, sect. 6. The release tendered by the witness to *Johnson* could not remove that liability.

*Per Curiam.*—The judgment is reversed at the costs of *Hobbs.* Cause remanded, &c.

*H. Cooper*, for the plaintiffs.

*J. B. Howe*, for the defendant.